Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; PAINTERS AND ALLIED TRADES INTERNATIONAL UNION AND INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br><br> vs. <br><br> V P PAINTING, INC., a Washington corporation; VINCENT A. PREACH and JANE DOE PREACH, husband and wife and the marital community comprised thereof, <br><br> Defendants. | CASE NO. CV11-1208 RSM <br><br><br> STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON |

…

…

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE AND ORDER THEREON     Page 1

**THE URBAN LAW FIRM**
**AND**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P.(425)646-2394/(702)968-8087
F.(425)462-5638/(702)968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com

1  IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, EMPLOYEE PAINTERS'
2  TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED
3  CONTRIBUTION PENSION TRUST; WESTERN WASHINGTON APPRENTICESHIP AND
4  TRAINING TRUST; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT
5  COOPERATION TRUST; PAINTERS AND ALLIED TRADES INTERNATIONAL UNION AND
6  INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED
7  TRADES DISTRICT COUNCIL NO. 5, and Defendants, V P PAINTING, INC., a Washington
8  corporation; VINCENT A. PREACH and JANE DOE PREACH, by themselves and through their
9  respective attorneys of record, and subject to the approval and Order of the Court, as follows:

10  1.  A full and final settlement of the above-entitled action has been entered into and agreed
11  to by all parties.  Therefore, the parties request that this action be dismissed without prejudice.

12  2.  The parties have executed a Settlement Agreement setting forth the terms of their
13  agreement.  The terms and conditions of the Settlement Agreement, and all documents referred to or
14  attached thereto, are incorporated herein by this reference.

15  3.  The parties have agreed that this Court shall reserve and retain jurisdiction of this action
16  and the parties to enforce the terms of the Settlement Agreement executed by the parties herein.

17  Dated: August 14, 2012          THE URBAN LAW FIRM

18                                  By:  /s/ Michael A. Urban
19                                      Michael A. Urban, Esq.
                                        *Counsel for Plaintiffs*
20
    Dated: August 14, 2012          GRAHAM & DUNN, PC
21
22                                  By:  /s/ Adam S. Belzberg
                                        Adam S. Belzberg, Esq.
23                                      *Counsel for Defendants*

24  **[Proposed Order Follows]**
25

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE AND ORDER THEREON     Page 2

**THE URBAN LAW FIRM**
**AND**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P.(425)646-2394/(702)968-8087
F.(425)462-5638/(702)968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com

**ORDER**

IT IS HEREBY ORDERED that the above-entitled case be dismissed without prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement of the parties.

DATED: _____

                                      UNITED STATES DISTRICT JUDGE
                                        Honorable Ricardo S. Martinez

Presented by:

THE URBAN LAW FIRM


    */s/ Michael A. Urban*
Michael A. Urban, Esq.
WSBA#20251
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425)-462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Attorney for Plaintiffs*

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE AND ORDER THEREON    Page 3

**THE URBAN LAW FIRM**
**AND**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P.(425)646-2394/(702)968-8087
F.(425)462-5638/(702)968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com