Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

9
10
11
12
13
14
15
16

EMPLOYEE PAINTERS' TRUST HEALTH &
WELFARE FUND; WESTERN WASHINGTON
PAINTERS DEFINED CONTRIBUTION
PENSION TRUST; WESTERN WASHINGTON
APPRENTICESHIP AND TRAINING TRUST;
WESTERN WASHINGTON PAINTERS LABOR
MANAGEMENT COOPERATION TRUST;
PAINTERS AND ALLIED TRADES
INTERNATIONAL UNION AND INDUSTRY
PENSION FUND; and INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL NO. 5,

CASE NO. CV11-1208 RSM

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE AND ORDER THEREON

17

Plaintiffs,

18

vs.

19
20
21

V P PAINTING, INC., a Washington corporation;
VINCENT A. PREACH and JANE DOE
PREACH, husband and wife and the marital
community comprised thereof,

22

Defendants.

23
24
25

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, EMPLOYEE PAINTERS'

TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED

CONTRIBUTION PENSION TRUST; WESTERN WASHINGTON APPRENTICESHIP AND

TRAINING TRUST; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT

DISMISSAL WITHOUT PREJUDICE

COOPERATION TRUST; PAINTERS AND ALLIED TRADES INTERNATIONAL UNION AND INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, and Defendants, V P PAINTING, INC., a Washington corporation; VINCENT A. PREACH and JANE DOE PREACH, by themselves and through their respective attorneys of record, and subject to the approval and Order of the Court, as follows:

1.      A full and final settlement of the above-entitled action has been entered into and agreed to by all parties.  Therefore, the parties request that this action be dismissed without prejudice.

2.      The parties have executed a Settlement Agreement setting forth the terms of their agreement.  The terms and conditions of the Settlement Agreement, and all documents referred to or attached thereto, are incorporated herein by this reference.

3.      The parties have agreed that this Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the Settlement Agreement executed by the parties herein.

Dated: August 14, 2012

THE URBAN LAW FIRM

By:   /s/ Michael A. Urban
      Michael A. Urban, Esq.
      *Counsel for Plaintiffs*

Dated: August 14, 2012

GRAHAM & DUNN, PC

By:   /s/ Adam S. Belzberg
      Adam S. Belzberg, Esq.
      *Counsel for Defendants*

/
/
/
/
/
/

DISMISSAL WITHOUT PREJUDICE

1

## <u>ORDER</u>

2

    IT IS HEREBY ORDERED that the above-entitled case be dismissed without prejudice.  The

3

Court retains jurisdiction to enforce the terms of the settlement agreement of the parties.

4

DATED: <u>August 17, 2012</u>

5

6

7

RICARDO S. MARTINEZ

8

UNITED STATES DISTRICT JUDGE

9

10

Presented by:

11

THE URBAN LAW FIRM

12

13

_____/s/ Michael A. Urban_____

14

Michael A. Urban, Esq.

WSBA#20251

15

800 Bellevue Way NE, Suite 400

Bellevue, WA  98004

16

P. (425) 646-2394 / (702) 968-8087

17

F. (425)-462-5638 / (702) 968-8088

murban@theurbanlawfirm.com

18

*Attorney for Plaintiffs*

19

20

21

22

23

24

25

DISMISSAL WITHOUT PREJUDICE